# Exhibit A



GOBIERNO de GUATEMALA
DR. ALEJANDRO GIAMMATTEI

MINISTERIO DE
TRABAJO Y
PREVISIÓN SOCIAL

## The Ministry of Labor and Social Security informs:

Since the beginning of the Temporary Work Program so that Guatemalans who so decide can opt for job opportunities abroad through a free public program. In this regard, actions have been taken to prevent fraud and corruption, including an alert button to report possible acts of corruption in MINTRAB, as well as an alert button for Labor Mobility scams and recently launched in an inter-institutional way, the campaign "Do not be deceived, think twice" to widely inform the population that they should not pay anything for a job opportunity outside the country and on the gratuity of the Program, among others.

As a result of these actions, the Ministry of Labor has received multiple alerts about Labor Mobility frauds, including ten people who reported being charged by a person working in this Ministry who offered to obtain a temporary work visa.

A complaint was filed with the Public Ministry's Office to initiate the pertinent investigations and as a result, today, August 8, 2023, a raid was conducted at the facilities of the Ministry of Labor in which a person was arrested, and the corresponding procedures will continue in accordance with the due process of law.

The Ministry of Labor and Social Security condemns the acts of fraud that harm the Guatemalan population that is deceived in the search for a formal and dignified job opportunity. We thank and applaud the people who trusted this Ministry and alerted us of what was happening and filed a complaint with the Public Ministry to prevent dishonest people from continuing to defraud others.

Like it has always been done, MINTRAB will collaborate in any required matter, following the correct guidelines, to identify the people who is involved and to determine the corresponding civil and criminal liabilities. The Ministry of labor will not tolerate any act of corruption inside any of it's dependencies.

We reiterate that no person should make any payment to the Ministry of Labor and Social Welfare, nor to any recruiting companies, nor to any individual person to apply for a job abroad. We call out to the public to denounce any fraud related to the mobility of the country for the well-being of our citizens.

**Guatemala, August 8th 2023**

Síguenos en:     como Ministerio de Trabajo y Previsión Social

www.mintrabajo.gob.gt