# Exhibit B



# H-2 Visa Opportunities in Guatemala, Honduras, and El Salvador

The U.S. Agency for International Development (USAID) partners with the governments of **Guatemala**, **Honduras**, and **El Salvador** to directly recruit candidates for **H-2A** and **H-2B U.S. temporary labor visas** in an ethical and transparent manner. As a result of this partnership, U.S. employers are able to access **full-service recruitment, vetting, and processing support at no cost.**

Employers can expect the full support of USAID staff and contractors when reaching out to the government agencies (or "Ministries") administering the process. The Ministries work to identify workers with prior experience for the positions requested and have databases with over 20,000 qualified, pre-vetted workers. USAID and the Ministries also work closely with the U.S. Embassies' Consular Sections to help ensure H-2 visa applicants receive visas in a timely manner and are able to quickly travel to their job sites.

Advantages of recruiting through the Guatemalan, Honduran, or Salvadoran Governments:

- Highly motivated workforces available immediately with a range of skill sets who are committed to returning year after year, as well as recommending additional workers, as needed.
- All services provided free of charge.
- Northern Central American governments have reduced travel and other costs.
- Training supports the workers' cultural integration, awareness of their rights and obligations, helping lower abscondment/overstay rates.
- All steps in the process are supported by USAID and the U.S. Embassy. USAID can help resolve delays and other issues.
- Transparent process for ethically sourcing workers, mitigating recruitment risks.
- A set-aside of 20,000 H-2B visas is available, including workers from these three countries.



USAID's assistance over the last two years has resulted in a historic number of H-2 visas being issued to workers from Northern Central America, rising from around 5,000 three years ago to over 28,000 at the end of Fiscal Year 2023. USAID's assistance helped reduce the amount of time it takes for the Ministries to match H-2 workers with employer requests from 55 days to 17 in Guatemala, 24 days to 8 in Honduras, and 42 days to 14 in El Salvador.

Any employer or agent interested in hiring H-2 workers from northern Central America can reach out to:

**El Salvador:** h2visas@escpvisas.com and h2visa.elsalvador@rree.gob.sv
**Guatemala:** movilidadlaboral@mintrabajo.gob.gt and h2jobs@mintrabajo.gob.gt
**Honduras:** pttusa@trabajo.gob.hn and workforce@acdivoca-hn.org