# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Federation of Employers and Workers of America, et al. (see attachment)

**DEFENDANTS**
Alejandro N. Mayorkas, et al. (see attachment)

**(b)** County of Residence of First Listed Plaintiff: Matagorda
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
(see attachment)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

(Checkbox list of nature of suit codes; [x] 899 Administrative Procedure Act/Review or Appeal of Agency Decision)

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
APA, 5 U.S.C. 551, 553

Brief description of cause:
DHS violation of the APA, CRA, and INA

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $: _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: _____
DOCKET NUMBER: _____

DATE: Jan 19, 2025

SIGNATURE OF ATTORNEY OF RECORD: s/ David R. Dorey

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**ATTACHMENT TO PLAINTIFFS' CIVIL COVER SHEET (JS 44)**

**PLAINTIFFS:**
- Federation of Employers and Workers of America
- National Association of Landscape Professionals
- Seasonal Employment Alliance
- Outdoor Amusement Business Association
- National Council of Agricultural Employers

**DEFENDANTS:**
- Alejandro N. Mayorkas, in his official capacity as Secretary of United States Department of Homeland Security
- United States Department of Homeland Security
- Ur Mendoza Jaddou, in her official capacity as Director of United States Citizenship and Immigration Services
- United States Citizenship and Immigration Services

**I(c) ATTORNEYS:**

David R. Dorey
Liff, Walsh & Simmons
181 Harry S. Truman Parkway, Suite 200
Annapolis, MD 21401
(410) 266-9500

Shawn M. Packer*
JPH Law Firm
733 10th Street, NW, Suite 900
Washington, DC 20001
(202) 629-9310

*motion for admission *pro hac vice* forthcoming