United States District Court
Southern District of Texas
**ENTERED**
July 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FEDERATION OF EMPLOYERS AND WORKERS OF AMERICA, *et al.*, | § § § § | |
| Plaintiffs, | § § § | |
| VS. | § § | 3:25-cv-14 |
| KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al.*, | § § | |
| Defendants. | | |

## ORDER

The court has considered the plaintiffs' unopposed motion for extension of the briefing schedule. Dkt. 24. The motion is granted. The plaintiffs have until July 25, 2025, to file their motion for summary judgment. The defendants' response and cross motion for summary judgment shall be filed by August 22, 2025. The plaintiffs' opposition to the defendants' cross motion for summary judgment and reply in support of their motion shall be filed by September 19, 2025. The defendants' reply in support of their cross motion shall be filed by October 17, 2025.

Signed on Galveston Island this 14th day of July, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE