## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| FEDERATION OF EMPLOYERS AND WORKERS OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL NO. 3:25-cv-14 |
| KRISTI NOEM,[1] IN HER OFFICIAL CAPACITY, AS SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | § § § § § § | |
| Defendants. | § § | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF REMAINING BRIEFING DEADLINES

Defendants, Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security, *et al.*, in accordance with Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, move the Court for an extension of all remaining briefing deadlines. The following discussion supports this motion.

1.     On January 19, 2025, Plaintiffs filed an original complaint seeking Administrative Procedure Act (APA) review of agency rulemaking. The Parties agree this action will be decided by cross-motions of summary judgment.

---

[1] Per Federal Rule of Civil Procedure 25(d), the successor Secretary of Homeland Security and Director of U.S. Citizenship and Immigration Services is automatically substituted as a party.

2.      On May 15, 2025, the Court set a briefing schedule for the Parties' motions for summary judgment.

3.      On July 14, 2025, the Court granted the Plaintiffs' motion for extension (ECF No. 25) and set the following briefing schedule:

- July 25, 2025 – Plaintiffs' motion for summary judgment;
- Aug. 22, 2025 – Defendants' cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment;
- Sept. 19, 2025 – Plaintiffs' opposition to Defendants' cross-motion for summary judgment and reply in support of motion for summary judgment;
- Oct. 17, 2025 – Defendants' reply in support of cross-motion for summary judgment.

4.      Plaintiffs timely filed their motion for summary judgment. ECF No. 26.

5.      The Parties obtained a 14-day extension of the remaining deadlines. Defendants' deadline to file their cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment is currently September 5, 2025. ECF No. 28.

6.      The agency and undersigned counsel need additional time to work on the cross-motion for summary judgment. AUSA Alexander is preparing for trial, and AUSA Siddiqui is preparing multiple appellate briefs. Therefore, additional time would allow Defendants to fully present the issues to the Court in their brief.

7.      Defendants request that the Court extend the remaining deadlines in this case by 14 days as follows:

- September 19, 2025 – Defendants' cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment;

- October 17, 2025 – Plaintiffs' opposition to Defendants' cross-motion for summary judgment and reply in support of motion for summary judgment;
- November 14, 2025 – Defendants' reply in support of cross-motion for summary judgment.

8.    Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure states the following:

> (b) **Extending Time**.
>     (1) In General. <u>When an act</u> may or <u>must be done within a specified time, the court may, for **_good cause_**, extend the time</u>:
>         (A) <u>with</u> or without <u>motion</u> or notice if the court acts, or <u>if a request is made, before the original time or its extension expires</u>[.]

Fed. R. Civ. P. 6(b)(1)(A) (emphasis added).

8.    Defendants respectfully submit that they have satisfied the requirements of the foregoing rule. Defendants have filed this motion before the deadline has passed and have shown good cause.  Fed. R. Civ. P. 6(b)(1) and 6(b)(1)(A). They are not seeking this extension solely for the purposes of delay. No parties will be prejudiced if this motion is granted.

7.    Plaintiffs' counsel does not oppose this motion.

Therefore, Defendants request that the Court grant this motion and all briefing deadlines by 14 days.

Dated: September 3, 2025                         Respectfully submitted,

                                                 NICHOLAS GANJEI
                                                 United States Attorney

                                                 By: _/s/ Natasha Alexander_
                                                 Myra Siddiqui
                                                 Assistant United States Attorney
                                                 Southern District No. 3257790
                                                 Texas Bar No. 24106434
                                                 Natasha Alexander

Assistant United States Attorney
Southern District No. 3770021
Texas Bar No. 24125476
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9600
Fax: (713) 718-3303
E-mail: myra.siddiqui@usdoj.gov
E-mail: natasha.alexander@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that on September 3, 2025, I conferred via email with counsel for Plaintiffs about the relief requested in this motion.  Plaintiffs do not oppose this motion.

*/s/ Natasha Alexander*
Natasha Alexander
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that, on September 3, 2025, the foregoing was filed and served on counsel of record through the Court's CM/ECF system.

*/s/ Myra Siddiqui*
Myra Siddiqui
Assistant United States Attorney