UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FEDERATION OF EMPLOYERS AND WORKERS OF AMERICA, *et al.*, | § § § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | CIVIL NO. 3:25-cv-14 |
| KRISTI NOEM,[1] IN HER OFFICIAL CAPACITY, AS SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | | |
| Defendants. | | |

## ORDER

The Court has considered Defendants' unopposed motion for extension of remaining briefing deadlines. The motion is granted. The Defendants' response and cross motion for summary judgment shall be filed by September 19, 2025. The Plaintiffs' opposition to the defendants' cross motion for summary judgment and reply in support of their motion shall be filed by October 17, 2025. The Defendants' reply in support of their cross motion shall be filed by November 14, 2025.

Signed on Galveston Island this _____ day of _____, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

---

[1] Per Federal Rule of Civil Procedure 25(d), the successor Secretary of Homeland Security and Director of U.S. Citizenship and Immigration Services is automatically substituted as a party.

1