United States District Court
Southern District of Texas
**ENTERED**
September 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FEDERATION OF EMPLOYERS AND WORKERS OF AMERICA, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:25-cv-14 |
| KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al.*, | § § § § § | |
| Defendants. | § § | |

## <u>ORDER</u>

The court has considered the defendants' unopposed motion for extension of remaining briefing deadlines. Dkt. 29. The motion is granted. The defendants have until September 19, 2025, to file their cross-motion for summary judgment and reply to the plaintiffs' motion. The plaintiffs' response to defendants' motion and reply in support of their motion is due October 17, 2025. The defendants have until November 14, 2025, to file their reply in support of their cross-motion.

Signed on Galveston Island this 4th day of September, 2025.

_____

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE