AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas 

| | |
|---|---|
| FEDERATION OF EMPLOYERS AND WORKERS OF AMERICA, et.al., ) <br> *Plaintiffs* ) <br> v. ) <br> KRISTI NOEM, in her official capacity as Secretary of the United States ) <br> Department of Homeland Security, et al., ) <br> *Defendant* ) | Case No.  3:25-cv-00014 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

prospective Amici Curiae Centro de los Derechos del Migrante                                                                                                       .

Date: September 22, 2025

/s/ Aaron Johnson
*Attorney's signature*

Aaron Johnson, Texas Bar No. 24056961
*Printed name and bar number*

Fair Labor Law PLLC
314 E. Highland Mall Blvd., Ste. 401
Austin, TX 78752
*Address*

ajohnson@fairlaborlaw.com
*E-mail address*

(512) 277-3505
*Telephone number*

(512) 277-2354
*FAX number*