# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| FEDERATION OF EMPLOYERS AND WORKERS OF AMERICA, et al., *Plaintiffs*, v. KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, et al., *Defendants*. | Case No. 3:25-cv-00014<br><br>Hon. Jeffrey V. Brown |

## PROPOSED ORDER GRANTING CENTRO DE LOS DERECHOS DEL MIGRANTE'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE

Upon review of the unopposed motion of Centro de los Derechos del Migrante requesting leave to file a brief as amicus curiae in opposition to Plaintiffs' motion for summary judgment and in support of Defendants' cross-motion for summary judgment, it is ordered that the motion is GRANTED.

Accordingly, it is ordered that the brief filed as Exhibit 1 to the motion shall be accepted for filing and docketed.

Signed on this ___ day of _____, 2025

_____
Hon. Jeffrey V. Brown
United States District Judge