United States District Court
Southern District of Texas

**ENTERED**
September 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                   SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:25-cv-00014 |
|---|---|---|---|

| FEDERATION OF EMPLOYERS AND WORKERS OF AMERICA, et al. |
|---|
| *versus* |
| KRISTI NOEM, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Adam R. Pulver<br>Public Citizen Litigation Group<br>1600 20th Street NW<br>Washington, DC 20009<br>202-588-7790  apulver@citizen.org<br>DC Bar No. 1020475<br>US District Court for Dist. of Columbia (same number) |
|---|---|

| Name of party applicant seeks to appear for: | Centro de los Derechos del Migrante |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/22/2025 | Signed: | /s/ Adam R. Pulver |
|---|---|---|

| The state bar reports that the applicant's status is: Clear |
|---|
| Dated: September 23, 2025    Clerk's signature   G. Cardenas |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: September 23, 2025

_____
United States District Judge