# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| FEDERATION OF EMPLOYERS AND WORKERS OF AMERICA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, et al., <br><br> *Defendants*. | Case No. 3:25-cv-14 |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF THE BRIEFING SCHEDULE

Plaintiffs respectfully submit this unopposed motion for extension of the remaining briefing schedule. Specifically, Plaintiffs request that this Court extend the deadline to file their opposition to Defendants' cross-motion for summary judgment and reply in support of motion for summary judgment (currently October 17, 2025) by twenty-one days to November 7, 2025, and that all other briefing dates be continued accordingly as set forth below. Counsel for Plaintiffs has conferred with counsel for Defendants who has graciously

consented to the relief requested herein. The proposed briefing schedule is as follows:

| **Filing:** | **Proposed Due Date:** |
|---|---|
| Plaintiffs' opposition to Defendants' cross-motion for summary judgment and reply in support of motion for summary judgment | November 7, 2025 |
| Defendants' reply in support of cross-motion for summary judgment | December 5, 2025 |

This is Plaintiffs' first request for an extension of time to file their response and good cause exists to grant the requested extension. The request for an extension is made in good faith by counsel. In support of this motion, Plaintiffs state:

1. Plaintiffs filed their complaint on January 19, 2025.

2. This Court entered a briefing schedule on motions for summary judgment on May 15, 2025 (ECF No. 17).

3. This Court granted Plaintiffs' request for an extension to file their motion for summary judgment on July 14, 2025 (ECF No. 25).

4. Plaintiffs timely filed their motion for summary judgment on July 25, 2025 (ECF No. 26).

5. This Court granted Defendants' requests for extension of the briefing schedule on August 11, 2025 and September 4, 2025 (ECF Nos. 28, 30).

2

6. Defendants timely filed their cross-motion for summary judgment on September 19, 2025 (ECF No. 31).

7. The requested extension will provide counsel for the parties with adequate time to fully and properly brief the issues and will not unjustifiably delay the resolution.

8. Plaintiffs' counsel conferred with Defendants' counsel and agreed to a 21-day extension of the briefing schedule.

9. For the foregoing reasons, Plaintiffs respectfully request the Court grant this motion.

                    Respectfully submitted,

Dated: October 15, 2025

**/s/ David R. Dorey**
David R. Dorey, attorney-in-charge
Washington D.C. Bar No. 1015586
S.D. Tex. Bar No. 3905240
Fisher & Phillips LLP
1401 New York Avenue, NW, Suite 400
Washington, DC 20005
Phone: (202) 978-8655
Email: drdorey@fisherphillips.com

Shawn M. Packer (*pro hac vice*)
Fla. Bar No. 90485
JPH LAW FIRM
733 10th Street, NW, Suite 900
Washington, DC 20001
Phone: (202) 629-9310
Email: spacker@jphlawfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiffs conferred via email on October 15, 2025, with counsel for Defendants regarding this motion. Defendants do not oppose this motion.

Dated: October 15, 2025   **/s/ David R. Dorey**
David R. Dorey, attorney-in-charge
Washington D.C. Bar No. 1015586
S.D. Tex. Bar No. 3905240
Fisher & Phillips LLP
1401 New York Avenue, NW, Suite 400
Washington, DC 20005
Phone: (202) 978-8655
Email: drdorey@fisherphillips.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date the foregoing document was filed and served on counsel of record through the Court's CM/ECF system.

Dated: October 15, 2025   **/s/ David R. Dorey**
David R. Dorey, attorney-in-charge
Washington D.C. Bar No. 1015586
S.D. Tex. Bar No. 3905240
Fisher & Phillips LLP
1401 New York Avenue, NW, Suite 400
Washington, DC 20005
Phone: (202) 978-8655
Email: drdorey@fisherphillips.com