IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| FEDERATION OF EMPLOYERS AND WORKERS OF AMERICA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, et al., <br><br> *Defendants*. | Case No. 3:25-cv-14 |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Extend the Briefing Schedule. For the reasons stated in the motion, it is GRANTED. The briefing schedule is as follows:

| Filing: | Due Date: |
|---|---|
| Plaintiffs' opposition to Defendants' cross-motion for summary judgment and reply in support of motion for summary judgment | November 7, 2025 |
| Defendants' reply in support of cross-motion for summary judgment | December 5, 2025 |

It is SO ORDERED.

SIGNED on Galveston Island this \_\_\_\_ day of _____, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE