United States District Court
Southern District of Texas
**ENTERED**
October 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FEDERATION OF EMPLOYERS AND WORKERS OF AMERICA, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:25-cv-14 |
| KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al.*, | § § § § § § | |
| Defendants. | § | |

# **ORDER**

The court has considered the plaintiffs' unopposed motion for extension of the briefing schedule. Dkt. 37. The motion is granted. The plaintiffs have until November 7, 2025, to file their opposition to the defendants' cross-motion for summary judgment and reply. The defendants' reply in support of the cross-motion for summary judgment is due December 5, 2025.

Signed on Galveston Island this 17th day of October, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE