United States District Court
Southern District of Texas
**ENTERED**
October 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FEDERATION OF EMPLOYERS AND WORKERS OF AMERICA, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:25-cv-14 |
| KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al.*, | § § § § § | |
| Defendants. | § § | |

## <u>ORDER</u>

Before the court is an amended motion from Centro de los Derechos del Migrante (CDM) for leave to file an *amicus curiae* brief in opposition to the plaintiff's motion for summary judgment and in support of the defendant's cross-motion for summary judgment. Dkt. 35. The motion is granted.

Accordingly, CDM's proposed amicus brief, which is attached as an exhibit to their original motion at Dkt. 34-1, is deemed admitted among the papers of this case.

Signed on Galveston Island this 17th day of October, 2025.

_____

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE