United States District Court
Southern District of Texas
**ENTERED**
October 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FEDERATION OF EMPLOYERS AND WORKERS OF AMERICA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | 3:25-cv-14 |
| | § | |
| ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The court hereby directs the clerk's office to substitute Alejandro N. Mayorkas as a defendant in his official capacity in the above-styled case with Markwayne Mullin, the current Secretary of the United States Department of Homeland Security. *See* Fed. R. Civ. P. 25(d). All future filings in this case, including the case style, shall reflect this substitution.

Signed on Galveston Island this 30th day of October, 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE