United States District Court
Southern District of Texas
**ENTERED**
October 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FEDERATION OF EMPLOYERS AND WORKERS OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>VS.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the United States Department of Homeland Security, *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 3:25-cv-14 |

## FINAL JUDGMENT

Pursuant to the court's memorandum opinion entered in this case granting the defendant's cross-motion for summary judgment, it is ordered that this case is dismissed without prejudice.

THIS IS A FINAL JUDGMENT.

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 30th day of October, 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE